ELMORE, appellant, v. JAQUES.

*Evidence — personal transactions with deceased person — Code, § 399.*

The testimony of the manager of a testator's estate held inadmissible under Code, § 399, to show payments made by him to testator in reduction of a claim of such estate against such manager. Neither the entry in the books nor the sworn evidence of a party is admissible as against a deceased person in regard to a personal transaction had with such deceased person.

APPEAL from a decree of the surrogate of Kings county disallowing a claim against the estate of a deceased person. The claim was made by James H. Elmore against Zipporah D. Jaques, devisee and legatee, under the last will of Lydia J. Carles. The claimant was the executor appointed by said will, and as such filed an inventory of the testator's estate, in which was included a note made by him to testator several years before her death, for a balance due upon an accounting by him as manager of testator's estate. The claimant alleged, for the purpose of reducing the amount due on this note, certain payments made to testator.

*L. S. Chatfield*, for appellant.

*John D. Pray*, for respondent.

BARNARD, P. J.

The only material point passed upon in the opinion is fully set forth in the head-note.

*Decree affirmed.*